## STATE OF CONNECTICUT *v.* DAVID B. TERWILLIGER

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 105 Conn. App. 219 (AC 27106), is granted, limited to the following issue:

"Did the Appellate Court improperly hold that the defendant was entitled to an instruction on defense of premises? If not, were the court's instructions on this defense inadequate?"

The Supreme Court docket number is SC 18116.

*James M. Ralls*, senior assistant state's attorney, in support of the petition.

*Donald D. Dakers*, special public defender, in opposition.

Decided February 26, 2008